IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT KNOXVILLE

NOVEMBER 1997 SESSION



**FILED**

**December 23, 1997**

**Cecil Crowson, Jr.**
Appellate Court Clerk

ABEL RODRIQUEZ, JR.,          )
                              )
            APPELLANT,        )
                              )          No. 03-C-01-9612-CR-00463
                              )
                              )          Greene County
v.                            )
                              )          James E. Beckner, Judge
                              )
                              )          (Post-Conviction Relief)
STATE OF TENNESSEE,           )
                              )
            APPELLEE,         )


FOR THE APPELLANT:                    FOR THE APPELLEE:

Abel Rodriquez, Jr., Pro Se           John Knox Walkup
Northeast Correctional Center         Attorney General & Reporter
P.O. Box 500                          500 Charlotte Avenue
Mountain City, TN 37653-0500          Nashville, TN 37243-0497

                                      Timothy F. Behan
                                      Assistant Attorney General
                                      450 James Robertson Parkway
                                      Nashville, TN 37243-0493

                                      C. Berkley Bell
                                      District Attorney General
                                      109 South Main Street
                                      Greeneville, TN 37743


OPINION FILED:_____


AFFIRMED


Joe B. Jones, Presiding Judge

# O P I N I O N

The appellant, Abel Rodriquez, Jr. (petitioner), appeals as of right from a judgment of the trial court summarily dismissing his action for post-conviction relief. The trial court found the action was barred by the statute of limitations. The petitioner contends the time should be calculated from the time this court's opinion in State v. Roger Dale Hill, Sr., Wayne County No. 01-C-01-9508-CC-00267 (Tenn. Crim. App., Nashville, June 20, 1996), was filed -- not from the date of his conviction. He argues Hill created new law, and the indictment in his case, like the indictment in Hill, was void because it did not allege the requisite mens rea.

The trial court properly found the statute of limitations barred this action. Moreover, the indictment in this case was adequate. It mirrors the indictment in Hill. The supreme court recently held the indictment in Hill passed constitutional, statutory, and common law muster. State v. Hill, _____ S.W.2d _____ (Tenn. 1997) (opinion filed in Nashville on November 3, 1997).

After a thorough review of the record, the briefs submitted by the parties, and the law governing the issue presented for review, it is the opinion of this court that the judgment of the trial court should be affirmed.

_____
JOE B. JONES, PRESIDING JUDGE

CONCUR:


_____
PAUL G. SUMMERS, JUDGE


_____
CURWOOD WITT, JUDGE

2